# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>    Plaintiff(s),<br>v.<br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br>    Defendant(s). | Case No.: 2:19-cv-00289-APG-NJK<br><br>**Order**<br><br>[Docket No. 35] |

Pending before the Court is a motion to extend the deadlines in the scheduling order. Docket No. 35. Any response must be filed by December 3, 2019, and any reply must be filed by December 4, 2019.

IT IS SO ORDERED.

Dated: November 27, 2019

　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge