# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>　　　Plaintiff(s),<br>v.<br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br>　　　Defendant(s). | Case No.: 2:19-cv-00289-APG-NJK<br><br>**Order**<br><br>[Docket No. 45] |

Pending before the Court is a motion to extend the discovery cutoff and subsequent deadlines. Docket No. 45. Any response must be filed by noon on January 14, 2020, and any reply must be filed by 10:00 a.m. on January 15, 2020.

IT IS SO ORDERED.

Dated: January 13, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge