Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00289-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO STAY [ECF NO. 50]** |

Plaintiff U.S .Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust ("Plaintiff") and Defendant North American Title Insurance Company ("North American") (collectively, the "Parties"), by and through their counsel of record, hereby agree and stipulate as follows:

1. On January 21, 2020, Plaintiff filed a Motion to Stay [ECF No. 50];

2. North American's response to Plaintiff's Motion to Stay is due on February 4, 2020;

3. North American's counsel is requesting an additional seven (7) days to file its response to Plaintiff's Motion to Stay, and thus requests up to February 11, 2020, to file its response;



1
**STIP & ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO STAY**
534859.1

4. This extension is requested to allow current counsel for North American, who recently substituted into the case on January 31, 2020, additional time to review and respond to the points and authorities cited in Plaintiff's Motion to Stay;

5. Counsel for Plaintiff does not oppose the extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 31st day of January, 2020.    DATED this this 31st day of January, 2020.

**WRIGHT, FINLAY & ZAK, LLP**    **EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust*

*/s/ Sophia S. Lau*
Kevin S. Sinclair, Esq.
Nevada Bar No. 12277
Sophia S. Lau, Esq.,
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for North American Title Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 31, 2020.



2
**STIP & ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO STAY**
534859.1