# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>            Plaintiff,<br>  vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>            Defendant. | Case No.: 2:19-cv-00289-ART-NJK<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR STAY [ECF No. 70]**<br><br>**(First Request)** |

Plaintiff, U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 ("U.S. Bank") and Defendant North American Title Insurance Company ("NATIC") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On May 15, 2023, NATIC filed its Motion for Stay of Action [ECF No. 70];
2. U.S. Bank's deadline to respond to NATIC's Motion for Stay of Action is currently May 30, 2023;
3. U.S. Bank's counsel is requesting a brief one-week extension until Tuesday, June 6, 2023, to file its response to the pending Motion for Stay of Action;

4. This extension is requested to allow counsel for U.S. Bank additional time to review and respond to the points and authorities cited to in the pending Motion;

5. Counsel for NATIC does not oppose the requested extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 30th day of May, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon, Esq.*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*

DATED this 30th day of May, 2023.

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Sophia S. Lau, Esq.*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant North American Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 5th day of June, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE