

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST. MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:19-cv-00289-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL [ECF NO. 75]**<br><br>**[First Request]** |

Defendant North American Title Insurance Company ("Defendant") and Plaintiff, U.S. Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8's ("Plaintiff") by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 11, 2023, Plaintiff filed a Motion for Partial Summary Judgment [ECF No. 76].

2. That same day, Plaintiff concurrently filed its Motion for Leave to Seal/Redact In Support of Exhibits to U.S Bank's Motion for Partial Summary Judgment [ECF No. 75].

3. The current deadline for Defendant to file its response to Plaintiff's Motion for

Leave to Seal/Redact In Support of Exhibits to U.S Bank's Motion for Partial Summary Judgment is August 25, 2023.

4. Defendant requests a fourteen (14) day extension of its deadline to file its response to Plaintiff's Motion for Leave to Seal/Redact In Support of Exhibits to U.S Bank's Motion for Partial Summary Judgment so that the new deadline is September 8, 2023, to afford Defendant additional time to review and respond to Plaintiff's Motion. Additionally, the extension will afford time for the parties to meet and confer regarding redaction and sealing of the exhibits as motions to seal the same bulletins and deposition transcript are currently subject to be addressed at a hearing on August 30, 2023, in *U.S. Bank, N.A. as Successor in Interest to Wachovia Bank, N.A. as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2004-C*, Case No. 2:19-cv-00424-JAD-EJY and *Bayview Loan Servicing, LLC v. North American Title Insurance Company,* 2:19-cv-01151-JAD-EJY.

5. Counsel for Plaintiff does not oppose the requested extension.

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 25th day of August, 2023.           DATED this 25th day of August, 2023.

EARLY SULLIVAN WRIGHT                           WRIGHT, FINLAY & ZAK, LLP
  GIZER & McRAE LLP

*/s/ Sophia S. Lau*                              */s/ Lindsay D. Dragon*
Sophia S. Lau, Esq.,                             Lindsay D. Dragon, Esq.
Nevada Bar No. 13365                             Nevada Bar No. 13474
8716 Spanish Ridge Avenue, Suite 105             7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89148                          Las Vegas, NV 89117
*Attorneys for Defendant*                        *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 29th day of August, 2023.       _____
                                            Anne R. Traum
                                            United States District Court Judge

