# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>Plaintiff,<br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00289-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLIES AND RESPONSES [ECF No. 81, 83, 84, 85 & 87]**<br><br>**(First Request)** |

Plaintiff U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 ("U.S. Bank"), and Defendant North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 11, 2023, U.S. Bank filed its Motion for Partial Summary Judgment [ECF No. 76].
2. On September 1, 2023, NATIC filed its Motion for Leave to File Opposition to Partial Summary Judgment and Countermotion Under Seal [ECF No. 81].
3. On September 1, 2023, NATIC also filed its Opposition to Motion for Partial Summary Judgment [ECF No. 83] and filed a Countermotion for Summary Judgment [ECF No. 84].

4. U.S. Bank's deadline to file its response to NATIC's Motion [ECF No. 81] and its reply to Opposition [ECF No. 83] is currently September 15, 2023, while its deadline to respond to NATIC's Countermotion [ECF No. 84] is September 22, 2023.

5. On September 8, 2023, NATIC filed its Motion for Leave to File Response in Support of U.S. Bank's Motion to Seal Exhibits and Keep U.S. Bank's Motion for Partial Summary Judgment Under Seal [ECF No. 85].

6. On September 8, 2023, NATIC also filed its Response in Support of U.S. Bank's Motion to Seal Exhibits and Keep U.S. Bank's Motion for Partial Summary Judgment Under Seal [ECF No. 87].

7. U.S. Bank's deadline to file its response to NATIC's Motion [ECF No. 85] is currently September 22, 2023, while its deadline to file its reply to NATIC's Response [ECF No. 87] is September 15, 2023.

8. U.S. Bank requests a fourteen (14) day extension of time to file its response to NATIC's Motion [ECF No. 81], its reply to Opposition [ECF No. 83], and its reply to NATIC's Response [ECF No. 87]. U.S. Bank also requests a seven (7) day extension of time to file (1) its response to NATIC's Countermotion [ECF No. 84] and (2) its response to NATIC's Motion [ECF No. 85], such that all deadlines shall fall on the same day, September 29, 2023. The extension is requested to afford U.S. Bank's counsel additional time to review and respond to the arguments in NATIC's filings.

9. Counsel for NATIC does not oppose the requested extensions, but in turn requests a fourteen (14) day extension of time to file (1) its reply in support of its Motion for Leave to File Opposition to Motion for Partial Summary Judgment and Countermotion Under Seal [ECF No. 81] and (2) its reply in support of its Motion for Leave to File Response in Support of U.S. Bank's Motion to Seal Exhibits and Keep U.S. Bank's Motion for Partial Summary Judgment Under Seal [ECF No. 85]. NATIC also requests a seven (7) day extension of time to file (1) its reply in support of its Countermotion [ECF No. 84], such that all deadlines shall fall on the same day, October 20, 2023. The extension is requested to afford NATIC's counsel additional time to review and respond to the

arguments in U.S. Bank's filings.  Counsel for U.S. Bank does not oppose the requested extensions.

10. This is the first request for these extensions which are made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 14th day of September, 2023. | DATED this 14th day of September, 2023. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon* | */s/ Sophia S. Lau* |
| Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8* | Sophia S. Lau, Esq.,<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Ave., Suite 105<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant North American Title Insurance Company* |

### ORDER

Based upon the foregoing Stipulation by and between the Parties, and good cause appearing, IT IS SO ORDERED that:

1. The deadline for US Bank to file its response to NATIC's Motion for Leave to File Opposition to Partial Summary Judgment and Countermotion Under Seal [ECF No. 81] is extended to September 29, 2023.

2. The deadline for US Bank to file its reply to NATIC's Opposition to Motion for Partial Summary Judgment [ECF No. 83] is extended to September 29, 2023.

3. The deadline for US Bank to file its response to NATIC's Countermotion for Summary Judgment [ECF No. 84] is extended to September 29, 2023.

4. The deadline for US Bank to file its response to NATIC's Motion for Leave to File Response in Support of US Bank's Motion to Seal Exhibits and Keep US Bank's Motion for Partial Summary Judgment Under Seal [ECF No. 85] is extended to September 29, 2023.

5. The deadline for US Bank to file its reply to NATIC's Response in Support of US Bank's Motion to Seal Exhibits and Keep US Bank's Motion for Partial Summary Judgment Under Seal [ECF No. 87] is extended to September 29, 2023.

6. The deadline for NATIC to file its reply in support of its Motion for Leave to File Opposition to Motion for Partial Summary Judgment and Countermotion Under Seal [ECF No. 81] is extended to October 20, 2023.

7. The deadline for NATIC to file its reply in support of its Motion for Leave to File Response in Support of U.S. Bank's Motion to Seal Exhibits and Keep U.S. Bank's Motion for Partial Summary Judgment Under Seal [ECF No. 85] is extended to October 20, 2023.

8. The deadline for NATIC to file its reply in support of its Countermotion [ECF No. 84] is extended to October 20, 2023.

**IT IS SO ORDERED.**

DATED: <u>September 15, 2023</u>.

_____
Anne R. Traum
United States District Court Judge