**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br>　　　　　Defendant. | Case No.: 2:19-cv-00289-ART-NJK<br><br>**ORDER GRANTING (ECF No. 102)**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL BRIEFING [ECF No. 101]**<br><br>**(First Request)** |

　　　　Plaintiff U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 ("U.S. Bank"), and Defendant North American Title Insurance Company ("NATIC", collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On August 11, 2023, U.S. Bank filed its Motion for Partial Summary Judgment. [ECF No. 76].

2. On September 1, 2023, NATIC filed its Counter Motion for Partial Summary Judgment. [ECF No. 81] (hereinafter "Motions).

3. While both Motions were fully briefed and pending decision, on October 12, 2023, the Nevada Supreme Court issued its opinions in *Deutsche Bank* and *PennyMac*. *See Deutsche Bank*, 139 Nev. Ad. Rep. 45, 536 P.3d 915 (Nev. 2023); *PennyMac*, 2023 Nev.

Unpub. LEXIS 732 (Oct. 12, 2023). The remittitur in *PennyMac* was issued on November 6, 2023. On October 30, 2023, the appellant filed a Petition for Rehearing in *Deutsche Bank*. The Petition for Rehearing was denied on November 13, 2023, and the Court issued the remittitur in *Deutsche Bank* on December 8, 2023.

4. On January 3, 2024, the Court entered a Minute Order requesting supplemental briefing on the impact of *Deutsche Bank* and *PennyMac*, if any, on the pending Motions by January 18, 2024. [ECF No. 101].

5. However, the Parties, and its counsel, are still inventorying and analyzing whether and which cases should be dismissed as a result of *Deutsche Bank*. Several matters have already been dismissed or are in that process. Moreover, U.S. Bank's counsel is set to go out on maternity leave beginning the week of January 16, 2024.

6. The Parties are therefore requesting a thirty-two (32) day extension until Monday, February 19, 2024, to file the Parties' simultaneous supplemental briefing on their respective Motions.

7. In the interim, it remains possible that the Parties can negotiate a dismissal without expending additional resources.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

8. This is the first request for this extension which are made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of January, 2024.　　　DATED this 16th day of January, 2024.

WRIGHT, FINLAY & ZAK, LLP　　　EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*　　　*/s/ Scott E. Gizer*
Lindsay D. Dragon, Esq.　　　Scott E. Gizer, Esq.
Nevada Bar No. 13474　　　Nevada Bar No. 12216
7785 W. Sahara Ave., Suite 200　　　8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89117　　　Las Vegas, Nevada 89148
*Attorneys for Plaintiff*　　　*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: January 18, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE