```
                                        X  FILED          _____ RECEIVED
                                        _____ ENTERED   _____ SERVED ON
                                                          COUNSEL/PARTIES OF RECORD

                                                  FEB 20, 2024

                                             CLERK US DISTRICT COURT
                                                DISTRICT OF NEVADA

                                        BY: _____ DEPUTY
```

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
dbrenner@wrightlegal.net
yli@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-A8, <br><br> Plaintiff, <br><br> vs. <br><br> NORTH AMERICAN TITLE INSURANCE COMPANY, <br><br> Defendants. | Case No.: 2:19-cv-00289-ART-NJK <br><br> **ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8 and Defendant North American Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 16th day of February, 2024.             DATED this 16th day of February, 2024.

WRIGHT, FINLAY & ZAK, LLP                          EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Darren T. Brenner*                            */s/ Scott E. Gizer*
Darren T. Brenner, Esq.                            Scott E. Gizer, Esq.
Nevada Bar No. 8386                                Nevada Bar No. 12216
Yanxiong Li, Esq.                                  Sophia S. Lau, Esq.,
Nevada Bar No. 12807                               Nevada Bar No. 13365
7785 W. Sahara Ave., Suite 200                     8716 Spanish Ridge Ave., Suite 105
Las Vegas, NV 89117                                Las Vegas, Nevada 89148
*Attorneys for Plaintiff, U.S. Bank, National Association as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-A8*    *Attorneys for Defendant, North American Title Insurance Company*

**IT IS SO ORDERED.**

DATED: February 20, 2024

_____
UNITED STATES DISTRICT COURT JUDGE